**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:16cr568-MHT** |
| | ) | **(WO)** |
| **JOSHUA LANG WHIGAN** | ) | |

**ORDER**

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on October 1, 2018 (doc. no. 112), affirming the judgment of conviction and sentence pronounced in this case as to defendant Joshua Lang Whigan on November 28, 2017, and entered on December 1, 2017 (doc. no. 93), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on October 30, 2018, and received in the office of the clerk of this court on October 30, 2018 (doc. no. 115), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Joshua Lang Whigan on November 28, 2017, and

entered on December 1, 2017 (doc. no. 93), is continued in full force and effect.

DONE, this the 31st day of October, 2018.

    /s/ Myron H. Thompson
  UNITED STATES DISTRICT JUDGE